AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Katherine Driscoll)   m m                  C&W 18-029

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Clifford Riheem Elisah Bright | )  Case No.  18-354·M |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/11/17-3/1/18_____ in the county of _____Bucks_____ in the
_____Eastern_____ District of _____Pennsylvania_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | Making false statements for a federal firearms licensee (25 counts) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

John W. Gohl, Task Force Officer, ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  3/9/2018
_____

_____
_Judge's signature_

City and state:  Philadelphia, Pennsylvania

HONORABLE RICHARD A. LLORET
_Printed name and title_

## **AFFIDAVIT**

I, John W. Gohl, being duly sworn, deposes and states as follows:

1.     I am employed as a Bensalem Township Police Department Detective and I am detailed as a Task Force Officer with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since 2017. I am currently assigned to ATF Group I, Firearms Trafficking, which is responsible for investigating violations of federal firearms laws among other crimes. In this capacity, I have participated in numerous investigations involving firearms trafficking, straw purchasing, and related offenses. Prior to my current assignment, I was a member of the Bensalem Township Police Department's Criminal Investigations Division focusing on gun crimes. I have been a duly sworn police officer since 1997.

2.     This affidavit is being submitted in support of a criminal complaint and arrest warrant charging CLIFFORD RIHEEM ELISAH BRIGHT, date of birth January 27, 1989, with a violation of Title 18, United States Code, Section 924(a)(1)(A) (false statements to a federal firearms licensee).

3.     The information contained in this affidavit is based on my own personal knowledge as well as that of my fellow investigators, and information and evidence contained in law enforcement reports and/or provided to me by other law enforcement personnel. Because this affidavit is submitted for the limited purpose of obtaining an arrest warrant, I have not included all information known by me or other agents concerning this investigation. I set forth only those facts I believe essential to establish probable cause for the arrest of CLIFFORD RIHEEM ELISAH BRIGHT for violating 18 U.S.C. § 924(a)(1)(A).

4.     Through investigation, ATF ascertained that in a five-month period between November 2017 and March 2018, CLIFFORD RIHEEM ELISAH BRIGHT purchased 25

1

handguns from the following three Federal Firearms Licensees (FFLs) located in Bucks County, Pennsylvania:

> 1. Tanner's Sport Center Inc., located at 2301 York Rd, Jamison, PA, 18929;
>
> 2. Surplus City Guns, located at 302 Bustleton Pike, Feasterville, PA, 19053;
>
> 3. The Bunker Shop Guns, located at 549 York Rd, Warminster, PA, 18974.

5.      The 25 purchases made by BRIGHT in the past five months are summarized below, including the date of purchase, make and model of the firearm, serial number, and name of the FFL where the firearm was purchased:

> 1. 11/11/2017 – Springfield, Model XD95C, 9mm semi-automatic pistol, serial number #XD157042, purchased at Tanner's Sport Center;
>
> 2. 11/25/2017 – Smith &Wesson, Model Shield, .40 caliber semi-automatic pistol, serial number #HSR8349, purchased at Surplus City;
>
> 3. 12/23/2017 – Smith & Wesson, Model M&P9, 9mm semi-automatic pistol, serial number #HDE7468, purchased at Tanner's Sport Center;
>
> 4. 12/30/2017 – Taurus, Model PT145, .45 caliber semi-automatic pistol, serial number #NUJ00707, purchased at Tanner's Sport Center;
>
> 5. 12/30/2017 – Grendel, Model P12, .380 semi-automatic pistol, serial number # 20407, purchased at Tanner's Sport Center;
>
> 6. 1/20/2018 – Sig-Sauer, Model P250, .40 semi-automatic pistol, serial number #57C049634, purchased at Tanner's Sport Center;
>
> 7. 1/20/2018 – Taurus, Model PT-111G2, 9mm semi-automatic pistol serial number #TJY57992, purchased at Tanner's Sport Center;
>
> 8. 1/27/2018 – Keltec, Model PF9, 9mm semi-automatic pistol, serial number

#5XY95, purchased at the Bunker Shop;

9.  1/27/2018 – Beretta, Model BU9 Nano, 9mm semi-automatic pistol, serial number #NU001010, purchased at the Bunker Shop;

10. 2/5/2018 – Smith & Wesson, Model SW40VE, .40 semi-automatic pistol, serial number #PBD1846, purchased at Tanner's Sport Center;

11. 2/5/2018 – Smith & Wesson, Model SW9V, 9mm semi-automatic pistol, serial number #PAV1240, purchased at Tanner's Sport Center;

12. 2/5/2018 – Smith & Wesson, Model SW9F, 9mm semi-automatic pistol, serial number #PAL9720, purchased at Tanner's Sport Center;

13. 2/5/2018 – Beretta, Model PX4 Storm, .40 caliber semi-automatic pistol, serial number #PY18265, purchased at Tanner's Sport Center;

14. 2/14/2018 – Ruger, Model LCP, .380 semi-automatic pistol, serial number #372-057451, purchased at Tanner's Sport Center;

15. 2/14/2018 – Taurus, Model PT709 Slim, 9mm semi-automatic pistol, serial number #TIM27505, purchased at Tanner's Sport Center;

16. 2/14/2018 – Smith & Wesson, Model SW9VE,  9mm semi-automatic pistol, serial number #DTW3038, purchased at Tanner's Sport Center;

17. 2/14/2018 – Ruger, Model LCPZ Zombie Slayer, .380 caliber semi-automatic pistol, serial number #ZOM02704, purchased at Tanner's Sport Center;

18. 2/14/2018 – Keltec, Model P3AT, .380 caliber semi-automatic pistol, serial number  #00273, purchased at Tanner's Sport Center;

19. 2/14/2018 – Stoeger, Model Llama, .45 caliber semi-automatic pistol, serial number #B42016, purchased at Tanner's Sport Center;

3

20. 2/17/2018 – Ruger, Model LCP, .380 semi-automatic pistol, serial number # 372-082743, purchased at Surplus City;

21. 2/24/2018 – Smith Wesson, Model SW40VE, .45 semi-automatic pistol, serial number #PST2913, purchased at Tanner's Sport Center;

22. 2/24/2018 – Kahr, Model CT380, .380 semi-automatic pistol, serial number # CAA6646, purchased at Tanner's Sport Center;

23. 3/1/2018 – Diamondback, Model DB380, .380 semi-automatic pistol, serial number #ZB2689, purchased at Tanner's Sport Center;

24. 3/1/2018 – Taurus, Model 85 Protector Poly, .38 caliber revolver, serial number #EZ67230, purchased at Tanner's Sport Center;

25. 3/1/2018 – Bersa, Model Thunder 380, .380 semi-automatic pistol, serial number # H27859, purchased at Tanner's Sport Center.

6.    Tanner's Sport Center, Surplus City Guns, and The Bunker Shop Guns are all FFLs authorized to deal in firearms under federal law.

7.    Employees of Tanner's Sport Center, The Bunker Shop Guns, and Surplus City Guns provided ATF agents with copies of cash register receipts and the ATF Form 4473, Firearms Transaction Record, for each of BRIGHT's firearm purchases. ATF Form 4473 is a firearms purchase record required by law to be kept in the records of an FFL from which the firearm is purchased.

8.    On each of these forms, in "Section A", the purchaser is required to list his or her current state of residence and address. On each of the ATF Form 4473s for the above 25 gun purchases, BRIGHT listed his current State of Residence and Address as: 1 Makefield Road, Apartment G282, Morrisville in Bucks County, Pennsylvania, 19067.

4

9.      On each of these forms, BRIGHT answered Question 11.a ("Are you the actual transferee/buyer of the firearm(s) listed on this form?") by checking "Yes" despite the warning, in bold type, **"You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you."**

10.     At the end of the ATF Form 4473, BRIGHT certified that the information provided on the form was "true, correct, and complete," and acknowledged by his signature that "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

11.     On or about November 28, 2017, a Springfield, Model XD95C, 9mm semi-automatic pistol with an obliterated serial number was recovered by the New Jersey State Police in an arrest in Trenton, New Jersey. A forensic science examination of the firearm was able to raise the serial number. That firearm was subsequently identified as being purchased by CLIFFORD RIHEEM ELISAH BRIGHT on or about November 11, 2017 from Bucks County FFL, Tanner's Sport Center. There is no evidence of a legal transfer of this firearm from BRIGHT. Based on the short duration between the purchase date and recovery date by law enforcement, investigators believed that this firearm was diverted into the illegal firearms market.

12.     On or about February 26, 2018, a Taurus, Model PT111 G2, 9mm semi-automatic pistol with an obliterated serial number was recovered by the Trenton Police Department in the arrest in Trenton, New Jersey. A forensic science examination of the firearm was able to raise the serial number. Through subsequent investigation, that firearm was identified as being purchased by CLIFFORD RIHEEM ELISAH BRIGHT on or about January 20, 2018 from

5

Bucks County FFL, Tanner's Sport Center. There is no evidence of a legal transfer of this firearm from BRIGHT. Based on the short duration between the purchase date and recovery date by law enforcement, investigators believed that this firearm was diverted into the illegal firearms market.

13.     On March 1, 2018, at approximately 2:20 p.m., ATF established surveillance at Tanner's Sport Center, located at 2301 York Road in Jamison, Pennsylvania after being notified by the Pennsylvania State Police Pennsylvania Instant Check System (PICS) that Clifford BRIGHT was attempting to purchase firearms. At approximately 2:25 p.m., Agent Doerrer observed BRIGHT and three women standing near a red Chevrolet Impala bearing Pennsylvania registration KMB-5398. A check with the Pennsylvania Bureau of Motor Vehicles (BMV) revealed that the Chevrolet Impala is registered to Clifford BRIGHT with his residence listed as 1 Makefield Road, Apartment G282, Morrisville, Pennsylvania.

14.     At approximately 2:40 p.m., Agent Dominic Raguz observed BRIGHT purchase three firearms and exit Tanner's Sport Center. Once outside the store, Agent Doerrer and this Detective approached BRIGHT and identified ourselves as Law Enforcement. BRIGHT was carrying three guns, which were seized for evidence. Detective Gohl informed BRIGHT that ATF was conducting an investigation into his recent purchases of firearms. BRIGHT then told Detective Gohl and Agent Doerrer that he liked guns, did nothing wrong, and wanted to cooperate with investigators. BRIGHT stated he had 22 guns at his house in Morrisville and one a Sig P250 at his grandmother's house, located at 54 South Hermitage Avenue in Trenton, New Jersey.

15.     BRIGHT stated he had been living at 1 Makefield Road, Apartment G282, in Morrisville, Pennsylvania for approximately three years and that he lived there with his cousin,

6

L.P. BRIGHT confirmed that he was born in Trenton, New Jersey.

16.     BRIGHT stated he wanted to cooperate and then read and signed ATF Form 3220.11, Consent to Search for the apartment located at 1 Makefield Road in Morristown, Pennsylvania, his Chevrolet Impala, and his grandmother's house at 54 South Hermitage Avenue in Trenton, New Jersey. BRIGHT agreed to accompany ATF to the address of 1 Makefield Road, Apartment G282 in Morrisville, Pennsylvania.

17.     ATF then drove to 1 Makefield Road, Apartment G282, in Morrisville, Pennsylvania. Once there, BRIGHT informed Agent Doerrer that he did not have the keys to the apartment.

18.     Agent Justin Hines then contacted the complex's management office. J.L. responded to make entry. Agent Doerrer then interviewed J.L, who stated he had never seen BRIGHT before and that he would know BRIGHT if he lived at the complex. Agent Doerrer then asked J.L. if he could provide the number for L.P. since she was the tenant on file with the management company. J.L. provided Agent Doerrer L.P.'s cellular telephone number.

19.     Prior to entering the apartment, BRIGHT stated that the guns were all kept together immediately to the left of the door. He added that he sleeps on the living room couch and that L.P. used the bedroom. Agent Doerrer then asked BRIGHT if his clothing, shoes, and other personal belongings were in the apartment. BRIGHT replied, "They should be".

20.     After entering the apartment, BRIGHT feigned surprise that the 22 guns were not laying out in the open to the left of the door as he previously stated. BRIGHT then explained, "either my cousin moved them or they were stolen". Agent Doerrer then asked BRIGHT where his clothing and other personal items were stored, and he replied, "They must have been stolen too".

7

21.     Agent Doerrer then called L.P. and spoke to her by phone. L.P. told Agent Doerrer that BRIGHT did not currently live at the 1 Makefield Road address in Morristown, Pennsylvania, and that he never lived there. L.P. stated that BRIGHT had called her previously and asked if he could use her address, but she reiterated that BRIGHT never lived with her at the 1 Makefield Road address.

22.     Based on L.P.'s statement that BRIGHT never lived at the 1 Makefield Road address, BRIGHT could not consent to a search of the apartment, and investigators withdrew from the location.

23.     At approximately 4:55 p.m., Agent Aislynn Stern met with BRIGHT's grandmother, D.K., at her residence at 54 South Hermitage Avenue in Trenton, New Jersey. Agent Stern explained to D.K. the circumstances of the visit and advised that BRIGHT had completed a Consent to Search form to search the residence for a firearm. D.K. allowed Agent Stern, TFO Pompeo and TFO Mason to enter her home and search BRIGHT's bedroom.

24.     Upon entry, BRIGHT's room was located and a search was conducted of his room. A Sig-Sauer, Model P250C semi-automatic pistol was recovered, as well as the original Sig Sauer box for the firearm. The pistol magazine was loaded and inserted into the firearm. The firearm was located at the head of the bed, in front of the mattress, lying on the box spring. Indicia of residence was located on the floor of the bedroom. Agent Stern took photos of the bedroom, in which male shoes, clothing, and personal items were visible. A Dremel type tool was located in the top drawer of the nightstand in BRIGHT's bedroom. Based on my investigation and my knowledge and experience, I know that Dremel type tools are used to take serial numbers off of firearms.

25.     When the search was completed, Agent Stern, TFO Mason and TFO Pompeo

8

28.     Based on the above, I believe there is probable cause to charge

CLIFFORD RIHEEM ELISAH BRIGHT with making false statements from November 11, 2017

through March 1, 2018 to the FFLs, Tanner's Sport Center Inc., Surplus City Guns, and The

Bunker Shop Guns, located in Bucks County, Pennsylvania, in violation of 18, United States

Code, Section 924(a)(1)(A).

Detective John W. Gohl
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me
This ___ day of March 2018

HONORABLE RICHARD A. LLORET
*United States Magistrate Judge*

10