### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| | | |
| v. | : | DATE FILED:_____ |
| | | |
| CLIFFORD RIHEEM ELISAH BRIGHT: | | VIOLATIONS: |
| | | 18 U.S.C. § 922(a)(1)(A) |
| | : | (transporting firearms without a license - 1 count) |
| | : | 18 U.S.C. § 924(n) (interstate travel for purposes of unlicensed dealing in firearms - 11 counts) |
| | : | 18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee - 15 counts) |
| | : | Notice of forfeiture |

## I N D I C T M E N T

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about December 30, 2017 through on or about February 24, 2018, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CLIFFORD RIHEEM ELISAH BRIGHT,**

while engaged in the business of dealing in firearms without a license, willfully transported the firearms listed in Counts Two through Twelve, which moved from Pennsylvania to New Jersey in interstate commerce.

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNTS TWO THROUGH TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about each of the dates listed in the chart below, defendant

### CLIFFORD RIHEEM ELISAH BRIGHT

with the intent to engage in conduct that constitutes a violation of Tile 18, United States Code, Section 922(a)(1)(A), that is, dealing in firearms without a license, traveled from the State of New Jersey to the Eastern District of Pennsylvania, to acquire the firearms listed in the chart below in the Eastern District of Pennsylvania, in furtherance of such purpose, each date or transaction constituting a separate count of this indictment.

| Count | Date | FFL Location | Firearm | Serial Number |
|---|---|---|---|---|
| 2 | 12/30/2017 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT145, .45 caliber semi-automatic pistol | NUJ00707, later obliterated |
| | 12/30/2017 | Tanner's Sport Center, Jamison, PA | Grendel, Model P12, .380 semi-automatic pistol | 20407, later obliterated |
| 3 | 1/20/2018 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT-111G2, 9mm semi-automatic pistol | TJY57992, later obliterated; recovered by law enforcement from D.L., charged elsewhere, on 2/26/2018 |
| 4 | 1/27/2018 | Bunker Shop, Warminster PA | Keltec, Model PF9, 9mm semi-automatic pistol | 5XY95, later obliterated |
| | 1/27/2018 | Bunker Shop, Warminster PA | Beretta, Model BU9 Nano, 9mm semi-automatic pistol | NU001019, later obliterated |
| 5 | 2/3/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW40VE, .40 semi-automatic pistol | PBD1846, later obliterated |
| | 2/3/2018 | Tanner's Sport Center, Jamison, PA | Beretta, Model PX4 Storm, .40 caliber semi-automatic pistol | PY18265, later obliterated |

| 6 | 2/5/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW9V, 9mm semi-automatic pistol | PAV1240, later obliterated |
|---|---|---|---|---|
| 7 | 2/10/2018 | Tanner's Sport Center, Jamison, PA | Ruger, Model LCP, .380 semi-automatic pistol | 372-057451, later obliterated |
| | 2/10/2018 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT709 Slim, 9mm semi-automatic pistol | TIM27505, later obliterated |
| 8 | 2/15/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW9VE, 9mm semi-automatic pistol | DTW3038, later obliterated |
| 9 | 2/16/2018 | Tanner's Sport Center, Jamison, PA | Ruger, Model LCPZ Zombie Slayer, .380 caliber semi-automatic pistol | ZOM02704, later obliterated |
| | 2/16/2018 | Tanner's Sport Center, Jamison, PA | Keltec, Model P3AT, .380 caliber semi-automatic pistol | 00273, later obliterated |
| 10 | 2/17/2018 | Surplus City, Feasterville, PA | Ruger, Model LCP, .380 semi-automatic pistol | 372-082743, later obliterated |
| 11 | 2/19/2018 | Tanner's Sport Center, Jamison, PA | Stoeger, Model Llama, .45 caliber semi-automatic pistol | B42016, later obliterated |
| 12 | 2/24/2018 | Tanner's Sport Center, Jamison, PA | Smith Wesson, Model SW40VE, .45 semi-automatic pistol | PST2913, later obliterated |
| | 2/24/2018 | Tanner's Sport Center, Jamison, PA | Kahr, Model CT380, .380 semi-automatic pistol | CAA6646, later obliterated |

All in violation of Title 18, United States Code, Section 924(n).

3

## COUNTS THIRTEEN THROUGH TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      Tanner's Sport Center Inc., 2301 York Road, Jamison, Pennsylvania possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2.      Surplus City Guns, 302 Bustleton Pike, Feasterville, Pennsylvania possessed a FFL and was authorized to deal in firearms under federal laws.

3.      The Bunker Shop Guns, located at 549 York Road, Warminster, Pennsylvania possessed a FFL and was authorized to deal in firearms under federal laws.

4.      FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

5.      The rules and regulations governing FFL holders require that a person seeking to purchase a firearm show identification that he or she resides in the same state as the FFL. If the purchaser presents identification that the purchaser resides in a different state than the FFL, the FFL is required to deny the sale.

6.      The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473. Part of the Form 4473 requires that the prospective purchaser certify that all his or her answers on Form 4473 are true and correct. On each of these forms, in "Section A", the purchaser is required to

4

list his or her current state of residence and address.    In the certification section of the Form 4473, the actual buyer must certify that his or her answers to the questions on the form are "true, correct, and complete," and acknowledge by his or her signature that "making any false oral or written statement . . . is a crime punishable as a felony under Federal law, and may also violate State and/or local law."

7.    FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth.

8.    At all times material to this indictment, defendant CLIFFORD RIHEEM ELISAH BRIGHT, was a resident of the State of New Jersey, not a resident of Pennsylvania.

9.    On or about the dates listed below, in the Eastern District of Pennsylvania, defendant

**CLIFFORD RIHEEM ELISAH BRIGHT,**

in connection with the acquisition of each of the firearms listed below from the FFL holder listed below, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holder's records, in that defendant CLIFFORD RIHEEM ELISAH BRIGHT, certified on the Form 4473 that he lived at 1 Makefield Road in Bucks County, Pennsylvania, when in fact, he resided in the State of New Jersey (each form constituting a separate count of this indictment).

| Count | Date | FFL Location | Firearm | Serial Number |
|---|---|---|---|---|
| 13 | 11/11/2017 | Tanner's Sport Center, Jamison, PA | Springfield, Model XD95C, 9mm semi-automatic pistol | XD157042, later obliterated; recovered by law enforcement from B.N., charged elsewhere, on 11/28/2017 |
| 14 | 11/18/2017 | Surplus City, Feasterville, PA | Smith &Wesson, Model Shield, .40 caliber semi-automatic pistol | HSR8349, later obliterated |
| 15 | 12/23/2017 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model M&P9, 9mm semi-automatic pistol | HDE7468, later obliterated |
| 16 | 12/30/2017 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT145, .45 caliber semi-automatic pistol | NUJ00707, later obliterated |
|  | 12/30/2017 | Tanner's Sport Center, Jamison, PA | Grendel, Model P12, .380 semi-automatic pistol | 20407, later obliterated |
| 17 | 1/20/2018 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT-111G2, 9mm semi-automatic pistol | TJY57992, later obliterated; recovered by law enforcement from D.L., charged elsewhere, on 2/26/2018 |
| 18 | 1/27/2018 | Bunker Shop, Warminster PA | Keltec, Model PF9, 9mm semi-automatic pistol | 5XY95, later obliterated |
|  | 1/27/2018 | Bunker Shop, Warminster PA | Beretta, Model BU9 Nano, 9mm semi-automatic pistol | NU001019, later obliterated |
| 19 | 2/3/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW40VE, .40 semi-automatic pistol | PBD1846, later obliterated |
|  | 2/3/2018 | Tanner's Sport Center, Jamison, PA | Beretta, Model PX4 Storm, .40 caliber semi-automatic pistol | PY18265, later obliterated |
| 20 | 2/5/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW9V, 9mm semi-automatic pistol | PAV1240, later obliterated |
|  | 2/5/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW9F, 9mm semi-automatic pistol | PAL9720, later obliterated |
| 21 | 2/10/2018 | Tanner's Sport Center, Jamison, PA | Ruger, Model LCP, .380 semi-automatic pistol | 372-057451, later obliterated |

| | 2/10/2018 | Tanner's Sport Center, Jamison, PA | Taurus, Model PT709 Slim, 9mm semi-automatic pistol | TIM27505, later obliterated |
|---|---|---|---|---|
| 22 | 2/15/2018 | Tanner's Sport Center, Jamison, PA | Smith & Wesson, Model SW9VE, 9mm semi-automatic pistol | DTW3038, later obliterated |
| 23 | 2/16/2018 | Tanner's Sport Center, Jamison, PA | Ruger, Model LCPZ Zombie Slayer, .380 caliber semi-automatic pistol | ZOM02704, later obliterated |
| | 2/16/2018 | Tanner's Sport Center, Jamison, PA | Keltec, Model P3AT, .380 caliber semi-automatic pistol | 00273, later obliterated |
| 24 | 2/17/2018 | Surplus City, Feasterville, PA | Ruger, Model LCP, .380 semi-automatic pistol | 372-082743, later obliterated |
| 25 | 2/19/2018 | Tanner's Sport Center, Jamison, PA | Stoeger, Model Llama, .45 caliber semi-automatic pistol | B42016, later obliterated |
| 26 | 2/24/2018 | Tanner's Sport Center, Jamison, PA | Smith Wesson, Model SW40VE, .45 semi-automatic pistol | PST2913, later obliterated |
| | 2/24/2018 | Tanner's Sport Center, Jamison, PA | Kahr, Model CT380, .380 semi-automatic pistol | CAA6646, later obliterated |
| 27 | 3/1/2018 | Tanner's Sport Center, Jamison, PA | Diamondback, Model DB380, .380 semi-automatic pistol | ZB2689 |
| | 3/1/2018 | Tanner's Sport Center, Jamison, PA | Taurus, Model 85 Protector Poly, .38 caliber revolver | EZ67230 |
| | 3/1/2018 | Tanner's Sport Center, Jamison, PA | Bersa, Model Thunder 380, .380 semi-automatic pistol | H27859 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(A), 922(a)(1)(a), and 924(n), as set forth in this indictment, defendant

**CLIFFORD RIHEEM ELISAH BRIGHT**

shall forfeit to the United States of America the firearms involved in the commission of these offenses, including, but not limited to:

| Firearm | Serial Number |
| --- | --- |
| Springfield, Model XD95C, 9mm semi-automatic pistol | XD157042 |
| Smith &Wesson, Model Shield, .40 caliber semi-automatic pistol | HSR8349 |
| Smith & Wesson, Model M&P9, 9mm semi-automatic pistol | HDE7468 |
| Taurus, Model PT145, .45 caliber semi-automatic pistol | NUJ00707 |
| Grendel, Model P12, .380 semi-automatic pistol | 20407 |
| Taurus, Model PT-111G2, 9mm semi-automatic pistol | TJY57992 |
| Keltec, Model PF9, 9mm semi-automatic pistol | 5XY95 |
| Beretta, Model BU9 Nano, 9mm semi-automatic pistol | NU001019 |
| Smith & Wesson, Model SW40VE, .40 semi-automatic pistol | PBD1846 |
| Smith & Wesson, Model SW9V, 9mm semi-automatic pistol | PAV1240 |
| Smith & Wesson, Model SW9F, 9mm semi-automatic pistol | PAL9720 |
| Beretta, Model PX4 Storm, .40 caliber semi-automatic pistol | PY18265 |
| Ruger, Model LCP, .380 semi-automatic pistol | 372-057451 |
| Taurus, Model PT709 Slim, 9mm semi-automatic pistol | TIM27505 |
| Smith & Wesson, Model SW9VE, 9mm semi-automatic pistol | DTW3038 |
| Ruger, Model LCPZ Zombie Slayer, .380 caliber semi-automatic pistol | ZOM02704 |
| Keltec, Model P3AT, .380 caliber semi-automatic pistol | 00273 |

| | |
|---|---|
| Stoeger, Model Llama, .45 caliber semi-automatic pistol | B42016 |
| Ruger, Model LCP, .380 semi-automatic pistol | 372-082743 |
| Smith Wesson, Model SW40VE, .45 semi-automatic pistol | PST2913 |
| Kahr, Model CT380, .380 semi-automatic pistol | CAA6646 |
| Diamondback, Model DB380, .380 semi-automatic pistol | ZB2689 |
| Taurus, Model 85 Protector Poly, .38 caliber revolver | EZ67230 |
| Bersa, Model Thunder 380, .380 semi-automatic pistol | H27859 |

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**FOREPERSON**

*Christine E. Sykes for*
**LOUIS D. LAPPEN**
**United States Attorney**

9